IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBORAH POWERS,<br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant. | 3:04-cv-362<br><br>Phillips |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objection to the report and recommendation filed by plaintiff [Doc. 15] is hereby **OVERRULED**. The report and recommendation [Doc. 17] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED** that plaintiff's motion for summary judgment [Doc. 8] is **DENIED**; defendant Commissioner's motion for summary judgment [Doc. 12] is **GRANTED**; the Commissioner's decision denying benefits is **AFFIRMED**; and this case is **DISMISSED**.

          **ENTER:**

                                    s/Thomas W. Phillips
                                  **UNITED STATES DISTRICT JUDGE**